No. 92–1568. UNIFIED SCHOOL DISTRICT NO. 501, SHAWNEE COUNTY, KANSAS *v.* SMITH ET AL., MINOR CHILDREN, BY THEIR

MOTHER AND NEXT FRIEND, SMITH, ET AL. C. A. 10th Cir. Certiorari denied.